

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00759-CV

**IN THE INTEREST OF Z.L.M.C.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01569
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are taxed against Appellant.

SIGNED April 15, 2020.

_____
Patricia O. Alvarez, Justice